IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BRENDA HAWKINS et al.**                                                                 **PLAINTIFF**

v.         **CASE NO. 4:12MC00015 BSM (Lead Case)**
           **CASE NO. 4:12AP01039 (Adversary Proceeding)**

**BANK OF AMERICA, NA et al.**                                                            **DEFENDANTS**

## ORDER

The unopposed motion of defendants, Bank of America, NA and Deutsche Bank National Trust Company, to withdraw the reference herein and for transfer to the United States District Court for the Eastern District of Arkansas [Doc. No. 2] is granted.

The reference is hereby withdrawn with respect to *Brenda J. Hawkins et al. v. Deutsche Bank Nat'l Trust Co. et al.*, United States Bankruptcy Court for the Eastern District of Arkansas, Adversary Proceeding No. 4:12-ap-01039. The clerk of the bankruptcy court and the clerk of this court are directed to take appropriate action to transfer the adversary proceeding to the undersigned where the proceeding will be docketed as a civil action.

IT IS SO ORDERED this 10th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE